DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERITAS LEGAL PLAN, INC.,**
Appellant,

v.

**STATE OF FLORIDA, OFFICE OF INSURANCE REGULATION,**
Appellee.

No. 4D22-2298

[June 14, 2023]

Administrative appeal from the State of Florida, Office of Insurance Regulation; L.T. Case No. 267175-20.

Kristen M. Fiore and J. Riley Davis of Akerman, LLP, Tallahassee, and Stacy J. Rodriguez of Actuate Law, LLC, Chicago, for appellant.

Michael G. Lawrence, Jr., Chief Legal Counsel, and Crystal D. Stephens, Assistant General Counsel, Office of Insurance Regulation, Tallahassee, for appellee.

PER CURIAM.

*Affirmed. See Lin v. Dep't of Prof'l Regulation, Bd. of Psychological Examiners*, 444 So. 2d 1105 (Fla. 1st DCA 1984).

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***